## ATTACHMENT A
## STATEMENT OF FACTS

The United States and the Defendant, **ALEXANDER SULLIVAN**, stipulate and agree that if this case proceeded to trial, the United States would prove the facts set forth below beyond a reasonable doubt. They further stipulate and agree that these are not all of the facts that the United States would prove if this case proceeded to trial.

On or about November 17, 2016, the Charles County (Maryland) Sheriff's Office executed search warrant for the body of the Defendant, **ALEXANDER SULLIVAN**, and for a cellular phone using a certain number. A Verizon Droid cellular phone using the specified number was seized from **SULLIVAN**. Forensic analysis of the Verizon Droid cellular phone revealed at least 100 image files depicting child pornography and at least seven video files depicting child pornography. The files include, for example, images of sex acts between girls and boys, children masturbating, and lascivious display of genitals of children. The files included child pornography images of pre-pubescent children who had not attained the age of twelve years.

One of the image files is described as follows: imgsrc.ru_50858806QmS.jpg—this image depicts a minor female with her mouth on the penis of a prepubescent male. This image is from a known victim series.

One of the video files is described as follows: imgsrc.ru_50663710QuL—this video depicts a naked prepubescent female sitting in a chair with her legs spread. The prepubescent female is using her right hand to manipulate her genitalia. The prepubescent female places her mouth on the erect penis of an adult male who is standing next to her.

**SULLIVAN** downloaded the child pornography images and videos to his phone using a means or facility of interstate commerce, that is, the internet, and knowingly possessed the images and videos. **SULLIVAN** knew the sexually explicit nature of the images and videos on his cellular phone and that the images and videos depicted actual minors engaged in sexually explicit conduct.

***

I have read this Statement of Facts, and have carefully reviewed it with my attorney. I understand it, and I voluntarily agree to it. I do not wish to change any part of it. I acknowledge that it is true and correct.

7/16/17
Date

_____
Alexander Sullivan

I am Alexander Sullivan's attorney. I have carefully reviewed every part of this Statement of Facts with him. To my knowledge, his decision to sign it is an informed and voluntary one.

07/16/2017
Date

_____
William Brennan, Esq.